UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF LUCAS, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 4:17-cv-00813 |
| THE SCOTTS COMPANY OF OHIO, LLC, and EG SYSTEMS, LLC, | ) |
|        Defendants. | ) |

## MOTION FOR APPROVAL OF SETTLEMENT

COMES NOW Plaintiff Jeff Lucas, (hereinafter "Plaintiff"), by and through counsel, and for his Motion for Approval of Settlement, states as follows:

1. On January 24, 2017, Plaintiff Jeff Lucas ("Plaintiffs") filed suit in the Circuit Court of St. Louis County against Defendants The Scotts Company, LLC and E.G. Systems, Inc. d/b/a Scotts Lawn Service (the "Defendants"). Plaintiff alleged that the Defendants violated the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the Missouri Minimum Wage Law, Mo. Rev. Stat. § 290.500 *et seq.* ("MMWL") by failing to properly pay Plaintiff overtime compensation.

2. Plaintiff was employed as a lawn care technician by the Defendants and was compensated pursuant to a "fluctuating work week" method. Plaintiff alleged that the FWW method of pay was improperly implemented based in part upon supplementary payments paid by the Defendants to the Plaintiff.

3. Defendants filed an Answer alleging that the FWW method of pay was properly implemented on behalf of the Plaintiff and that as a result, Plaintiff was properly paid at all times and not entitled to any damages.

1

4. The parties were able to reach a resolution, and the Defendants have agreed to pay Plaintiff the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00) in full resolution of Plaintiff's claims (the "Settlement").

5. Court approval of this settlement is necessary to effectuate a valid and enforceable release of Plaintiff's MMWL and FLSA claims. See <u>Copeland v. ABB, Inc</u>., 521 F.3d 1010, 1014 (8th Cir. 2008).

6. Plaintiff now seeks approval of the Settlement from this Court.

7. In support of his request, Plaintiff is contemporaneously filing a Memorandum in Support of his Motion for Approval of Settlement.

WHEREFORE, Plaintiff therefore respectfully requests the Court enter an Order:

i. Granting approval of the Settlement reached in this action;

ii. Dismissing the action with prejudice;

iii. Entering such other and further orders as the Court deems just and proper.

**ENGELMEYER & PEZZANI, LLC**

By: /s/ Anthony M. Pezzani
Anthony M. Pezzani, #52900MO
*tony@epfirm.com*
Timothy A. Engelmeyer, #39941MO
*tim@epfirm.com*
13321 N. Outer Forty Road, Suite 300
Chesterfield, MO 63017
(636) 532-9933 Phone
(314) 863-7793 Facsimile

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on this 20th day of September, 2017, the foregoing was served via the Court's e-filing system upon all attorneys of record.

/s/ Anthony M. Pezzani