# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEFF LUCAS, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE SCOTTS COMPANY OF OHIO, LLC, ) <br> and EG SYSTEMS, LLC, ) <br> ) <br>         Defendants. ) | Case No. 4:17-cv-00813 |

## **MEMORANDUM AND ORDER APPROVING SETTLEMENT**

Before this Court is Plaintiff's Motion for Approval of Settlement [19]. The Court has reviewed the Motion and Memorandum in Support, and considered the record in this matter.

1. On January 24, 2017, Plaintiff Jeff Lucas ("Plaintiff") filed suit in the Circuit Court of St. Louis County against Defendants The Scotts Company, LLC and E.G. Systems, Inc. d/b/a Scotts Lawn Service (the "Defendants"). Plaintiff alleged that the Defendants violated the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the Missouri Minimum Wage Law, Mo. Rev. Stat. § 290.500 *et seq.* ("MMWL") by failing to properly pay Plaintiff overtime compensation (the "Action").

2. On March 2, 2017, the Defendants removed the Action to the United States District Court, Eastern District of Missouri.

3. On September 20, 2017, Plaintiff filed a Motion for Approval of Settlement and a Memorandum in Support. The Defendants did not oppose Plaintiff's Motion.

4. The Settlement provides for a payment by Defendants to Plaintiff in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00) in full resolution of Plaintiff's claims

1

in this matter (the "Settlement"). The Settlement also provides for an attorneys' fee award of one-third of the settlement amount to the Plaintiff, which the Court finds to be reasonable.

5. The Court finds that the Settlement is a fair, reasonable, and adequate compromise of a bona fide dispute under both the MMWL and the FLSA.

6. The Settlement is the product of contested litigation, as the parties disputed numerous aspects of this case. The Settlement obviates the time and expense of a jury trial.

7. The Settlement resulted from non-collusive arm's-length negotiations and takes into account the risks of continuing this action.

8. The Court hereby approves the Settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion for Approval of the Settlement [19] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Petition and this Action are **DISMISSED WITH PREJUDICE**.

Dated this 3rd day of October, 2017.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE